Terry **GEILER**, Movant–Appellant,

v.

**STATE** of Missouri, Respondent–Respondent.

No. 71447.

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1997.

Rosalynn Koch, Asst. Public Defender, Columbia, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Terry Geiler ("Movant") appeals from the denial of his Rule 29.15 motion following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment of the trial court is affirmed. Rule 84.16(b).

Debbie **DISCHERT**, Appellant,

v.

**ICE CREAM SPECIALITIES**
and Division of Employment
Security, Respondents.

No. 70891.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 27, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1997.

Susan H. Mello, Clayton, for appellant.

Larry R. Ruhmann, St. Louis, for respondents.

Before AHRENS, C.J., CRANDALL, J., and ELLIS, Special Judge.

**ORDER**

PER CURIAM.

Debbie Dischert appeals from a decision of the Labor and Industrial Relations Commission denying her claim for unemployment compensation.

Judgment affirmed. Rule 84.16(b).